**Order entered August 16, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-00519-CV
No. 05-16-00520-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## ORDER

Pending before the Court are (1) appellant's motion to abate; (2) appellant's amended motion to order district clerk to file corrected supplemental clerk's record; (3) appellant's motion requesting review of trial court's ruling on motion to stay order; (4) court reporter Melva Key's request for extension of time to file her portion of the reporter's record; and (5) appellant's objection to Ms. Key's extension request. The motions have been pending while we determined our jurisdiction over these companion appeals which challenge the trial court's March 4, 2016 order in suit affecting parent-child relationship, March 25, 2016 order on petitioner's motion to compel discovery in aid of judgment, May 4, 2016 order denying motion to stay enforcement of order making retroactive change to child support amount, and May 4, 2016 order on motion to confirm child support arrearage.

We order as follows. On our own motion, we **ORDER** appellant to file, no later than August 26, 2016, a jurisdictional letter brief explaining how this Court has jurisdiction over the March 25, 2016 order compelling discovery. *See Bahar v. Lyon Fin. Servs.*, 330 S.W.3d 379, 388 (Tex. App.—Austin 2010, pet. denied) ("Post-judgment orders regarding discovery disputes are not final, appealable judgments over which appellate courts have] jurisdiction."). Appellee shall file any response no later than September 6, 2016.

We **GRANT** appellant's motion to abate appeal and **ORDER** the Honorable Susan Rankin, Judge of the 254th Judicial District Court of Dallas County, Texas to make findings of fact and conclusions of law in accordance with Texas Family Code section 153.258, no later than September 6, 2016. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court no later than September 9, 2016.

We also **GRANT** Ms. Key's extension request to the extent we **ORDER** the reporter's record, originally due July 5, 2016, to be filed no later than September 9, 2016. We caution Ms. Key no further extensions will be granted absent exigent circumstances.

We **DENY** appellant's amended motion to order corrected supplemental clerk's record as moot because the clerk has filed a record containing the documents requested in the amended motion. Appellant's motion requesting review of the trial court's ruling on motion to stay order remains pending.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Rankin, Dallas County District Clerk Felicia Pitre, Ms. Key, and all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated September 12, 2016 or when the Court receives the findings and conclusions.

/s/     ELIZABETH LANG-MIERS
        JUSTICE